Shapiro, Appellant, *v.* Shapiro.

Argued November 16, 1964. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused November 1, 1965.

David S. Malis, with him Morton Witkin, for appellant.

Eugene F. Brazil, with him Michael H. Egnal, and Egnal & Simons, for appellee.

OPINION PER CURIAM, September 29, 1965:
Order affirmed. Costs on appellant.